No. 88–697. TRAHAN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 88–705. JONES v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 88–714. O'NEIL, ATTORNEY GENERAL OF RHODE ISLAND v. BLACKSTONE VALLEY ELECTRIC CO. Sup. Ct. R. I. Certiorari denied.

No. 88–718. SCHUCKER v. ROCKWOOD ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–793. PAGEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–5246. MORA ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–5414. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5475. OLSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–5478. BATRA v. COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5558. FLOWERS v. WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION, SOMERS, CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 88–5560. PENDLETON v. BUREAU OF PRISONS. C. A. 3d Cir. Certiorari denied.

No. 88–5698. MCFARLAND v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5729. GALLAGHER v. VERMONT. Sup. Ct. Vt. Certiorari denied.